UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOEL PRICE,**

      **Plaintiff,**

v.                                            **Case No: 6:19-cv-275-Orl-41TBS**

**NSGC, LLC,**

      **Defendant.**

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review. On May 30, 2019, this Court ordered Plaintiff to show cause on or before June 11, 2019, as to why this case should not be dismissed for failure to prosecute. (May 30, 2019 Order, Doc. 5). The Order also warned that "[f]ailure to respond may result in a dismissal of this case without further notice." (*Id.*). Plaintiff failed to respond, and the time to do so has passed. Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 19, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record